CLERK'S OFFICE U.S. DIST COURT
AT CHARLOTTESVILLE, VA
FILED

JUL 0 7 2008

JOHN F. CORCORAN, CLERK
BY:
 DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| PERCY D. DRUMHELLER,<br><br>         *Plaintiff,*<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>*Commissioner of Social Security,*<br><br>         *Defendant.* | CIVIL NO. 3:07CV00015<br><br><br>ORDER<br><br><br><br>JUDGE NORMAN K. MOON |

This matter is before the Court on the parties' cross-motions for summary judgment (docket #12 and #16), the Report and Recommendation ("Report") of U.S. Magistrate Judge B. Waugh Crigler (docket #18), and Plaintiff's objections thereto (docket #19). For the reasons set forth in the accompanying Memorandum Opinion:

1. Plaintiff's objections are hereby OVERRULED,
2. the Report and Recommendation is hereby ADOPTED in its entirety,
3. the Commissioner's final decision is hereby AFFIRMED,
4. the Commissioner's motion for summary judgment is hereby GRANTED,
5. Plaintiff's motion for summary judgment is hereby DENIED,
6. Plaintiff's case is hereby DISMISSED WITH PREJUDICE, and
7. the Clerk of the Court is hereby directed to STRIKE this case from the Court's docket.

It is so ORDERED.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record and to Magistrate Judge Crigler.

Entered this 7th day of July, 2008.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE